**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

AREL PRICE,

*Petitioner,*

v.

STEVEDORING SERVICES OF AMERICA, INC.; EAGLE PACIFIC INSURANCE COMPANY; HOMEPORT INSURANCE CO.; DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS,

*Respondents.*

No. 08-71719

OWCP No. 07-0567

ORDER

Filed August 1, 2011

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

10303